■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. WILSON, Appellant. [628 NYS2d 1018] —Appeal from a judgment of the County Court of Otsego County (Nydam, J.), rendered May 16, 1994, convicting defendant upon his plea of guilty of the crime of burglary in the first degree.

Defendant pleaded guilty of the crime of burglary in the first degree and was sentenced to a term of imprisonment of 3 to 9 years. Defendant now contends that his plea was insufficient to establish the elements of the crime and that his guilty plea should therefore be vacated.

Review of the plea allocution establishes that, although there was some question as to the sufficiency of defendant's initial factual admissions, County Court made a further inquiry which ensured the validity of the plea and that the plea was knowing, voluntary and intelligent.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of MARJORIE D. WHITE, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [628 NYS2d 1019] —Appeal from a judgment of the Supreme Court (Williams, J.), entered August 9, 1994 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Correctional Services denying petitioner's request to participate in a temporary work release program.

Petitioner challenges the denial of her request to participate in a temporary work release program from prison. However, inasmuch as petitioner received the administrative determination on October 21, 1993 but did not commence her CPLR article 78 proceeding until May 13, 1994, we find that Supreme Court properly dismissed the petition on the ground that it was not timely commenced within the four-month Statute of Limitations.

Cardona, P. J., Mikoll, White, Casey and Spain, JJ., concur. Ordered that the judgment is affirmed, without costs.